[No. 27004-1-III.   Division Three.   August 12, 2008.]

DAVID W. CREVELING, *Appellant*, v. ROBERT NEWELL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 05-2-00224-9, Ted W. Small, J. Pro Tem., entered November 26, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 25512-3-III.   Division Three.   August 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEJANDRO ANTONIO GUZMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 04-1-01228-2, Ruth E. Reukauf, J., entered October 13, 2006. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Korsmo, JJ.

[Nos. 25554-9-III; 25775-4-III.   Division Three.   August 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. HECTOR B. ORTIZ, *Appellant*.

*In the Matter of the Postsentence Review of* HECTOR B. ORTIZ.

Appeals from a judgment of the Superior Court for Okanogan County, No. 05-1-00142-7, Jack Burchard, J., entered September 19, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 26544-7-III.   Division Three.   August 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DEON Q. SOLLARS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00713-7, Vic L. VanderSchoor, J., entered October 19, 2007. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J.